# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stephanos Bibas |
| | : | |
| v. | : | Crim. No. 22-260 |
| | : | |
| NASIR VAUTERS | : | **ORDER FOR A CONTINUANCE** |

      This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Farhana C. Melo and Robert Frazer, Assistant United States Attorneys), and defendant Nasir Vauters (by Husain Gatlin, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including May 6, 2024—the date trial is currently scheduled in this matter, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 33161(c); and the defendant, through his attorney, having consented to this continuance; and prior continuances having been entered; and the United States having no opposition; and for good and sufficient cause shown, IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Trial is currently scheduled to commence in this matter on May 6, 2024 and this continuance is necessary to prevent any more non-excludable days under 18 U.S.C. § 3161(h) from expiring;

(2) The requested continuance will permit defense counsel the reasonable time necessary for effective preparation in this matter;

(3) As the Defendant's pretrial motions were fully adjudicated on January 24, 2024, the parties may need additional time to renew plea negotiations, which would render trial of this matter unnecessary, and to allow consideration by the court of a proposed plea agreement entered into by the defendant and the United States;

(4) The defendant, through counsel, has consented to this continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __31__ day of January 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including May 6, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including May 6, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Stephanos Bibas
United States Circuit Judge

Form and entry consented to:

_____
Farhana C. Melo
Robert Frazer
Assistant U.S. Attorney

_____
Husain Gatlin, Esq.
Counsel for Defendant